HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANDRE REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:14-CR-00133 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE<br>) AND EXCLUDE TIME |
| v. | ) |
| ANDRE REED, | ) DATE:    August 14, 2014<br>) TIME:    9:00 a.m. |
| Defendant. | ) JUDGE:  Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Olusere Olowoyeye, Assistant U.S. Attorney and defendant Andre Reed by and through his counsel, Benjamin D. Galloway that the status conference set for Thursday, August 14, 2014 be continued to Thursday, September 11, 2014 at 9:00 a.m. for status conference.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

Specifically, defense counsel needs additional time to review discovery with the defendant, continue investigating the facts of the case, and discuss a proposed disposition.

1  The parties stipulate and agree that the interests of justice served by granting this
2  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
3  U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

DATED: August 11, 2014                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Benjamin Galloway*
                                          BENJAMIN GALLOWAY
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ANDRE REED

DATED: August 11, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Olusere Olowoyeye*
                                          OLUSERE OLOWOYEYE
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including September 11, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).  It is further ordered that the August 14, 2014 status conference shall be continued until September 11, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  August 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT